

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2016

No. 04-15-00609-CV

**BREAKFRONT, LLC**; Golden Oak Partners, LLC; Mark Slotkin, Individually, and as Trustee of the Slotkin Family Children's Trust dtd January 1, 1997,
Appellants

v.

**SOUTHWEST GUARANTY INVESTORS, LTD**.,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 14-04-0331-CVA
Honorable Russell H. Wilson, Judge Presiding

## O R D E R

Appellee's motion for extension of time to file its brief is GRANTED. Appellee's brief is due on September 19, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court